IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEANNIE L. MANN, | ) | 1:10at0284 DLB |
| | ) | |
| | ) | |
| | ) | ORDER TO SUBMIT COMPLETE |
| Plaintiff, | ) | APPLICATION TO PROCEED IN FORMA |
| | ) | PAUPERIS |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On April 19, 2010, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. She also filed a motion to proceed in forma pauperis. However, on the first page, Plaintiff indicates that she is currently employed, but does not state the amount of her take-home salary or wages and pay period and the name and address of her employer. Instead, she provides information in the section of the application as if she was not currently employed. Accordingly, the application is either incomplete or incorrect.

Therefore, Plaintiff is ORDERED to submit a complete, accurate application to proceed in forma pauperis within ten (10) days of the date of service of this order. Failure to do so may result in a recommendation that this action be dismissed for failure to follow the Court's order.

IT IS SO ORDERED.

Dated:    **April 20, 2010**          **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE

1