1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8937
      Facsimile:  (415) 744-0134
7     E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JEANNIE MANN, )<br>      Plaintiff, )<br>          v. )<br>MICHAEL J. ASTRUE, )<br>Acting Commissioner of )<br>Social Security, )<br>      Defendant. )<br>_____ ) | CIVIL NO. 1:10-cv-00743 DLB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of 10 days to respond to Plaintiff's Confidential Letter Brief up to and including November 19, 2010.  This extension is being sought because the undersigned counsel for the Commissioner was reassigned this case on November 18, 2010, nine days after the Commissioner's response to Plaintiff's letter was due.  The attorney originally assigned the case recently took on a new work assignment, which required reassigning his district court cases.  In the transition of this work, the due date in this case was overlooked.  On Friday, November 19, 2010, the Commissioner faxed his response to Plaintiff's Confidential Letter to Plaintiff's attorney.

    The parties submit that this matter should proceed in accordance with the original case

management order in that Plaintiff shall have 30 days from November 19, 2010 in which to file her Opening Brief.

Respectfully submitted,

Dated: November 19, 2010

*/s/Denise Bourgeois Haley*
_____
DENISE BOURGEOIS HALEY
(as authorized via email)
Attorney at Law

Attorney for Plaintiff

Dated: November 19, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Elizabeth Firer*
_____
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

**Dated:   November 19, 2010**              **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE