BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JEANNIE MANN,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:10-cv-00743 DLB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of 30 days to respond to Plaintiff's Opening Brief up to and including February 18, 2010.  This extension is being sought due to a heavy case load. Between the time Plaintiff filed her brief on December 20, 2010 and January 19, 2011, the undersigned counsel for the Commissioner had to file documents in at least 10 district court cases and she has had to complete two appellate briefs.  In addition, there were three federal holidays during this time period and Counsel was out of the office for a full day of training that came about on short notice.  Counsel

///

///

respectfully requests an additional 30 days to complete the Commissioner's brief in this matter.

                                        Respectfully submitted,

                                         */s/Denise Bourgeois Haley*

Dated: January 19, 2011                   _____
                                        DENISE BOURGEOIS HALEY
                                        (as authorized via email)
                                        Attorney at Law

                                          Attorney for Plaintiff


Dated: January 19, 2011                   BENJAMIN B. WAGNER
                                        United States Attorney
                                         LUCILLE GONZALES MEIS
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration

                        By:
                                         */s/ Elizabeth Firer*
                                         _____
                                         ELIZABETH FIRER
                                         Special Assistant U.S. Attorney

                                         Attorneys for Defendant

IT IS SO ORDERED.

    **Dated:**   **January 20, 2011**                  **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE